Our File No. TAR-259-CM
**ATTORNEY ID - 050371991**
FISHMAN MCINTYRE LEVINE SAMANSKY, P.C.
120 Eagle Rock Avenue
East Hanover, New Jersey 07936
Tel: (973) 560-9000
Attorneys for Defendant, Target Corporation i/p/a Target Paramus #2381 and Target Paramus #2381

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MINGRUI PATERNO | : |
| Plaintiff, | : |
| -vs- | : CIVIL ACTION NO. |
| TARGET CORPORATION, TARGET PARAMUS #2381, STARBUCKS, VNO BERGEN MALL, LLC, C/O L. OSTAPYSHYN, URBAN EDGE PROPERTIES, JOHN DOE 1-10, ABC CO. 1-10, (fictitiously named) and XYZ CORPORATIONS 1-10 (fictitiously named construction, maintenance, repair, and/or property management corporations) | : |
| Defendants | : |

**DISCLOSURE STATEMENT**

The undersigned counsel for defendant, Target Corporation i/p/a Target Paramus #2381 and Target Paramus #2381, certifies that this party is a non-governmental corporate party and that:

This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

None

_____

**OR**

**X** This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_[signature]_
CHRISTOPHER E. McINTYRE, ESQ.
FISHMAN MCINTYRE LEVINE SAMANSKY, P.C.
120 Eagle Rock Avenue
East Hanover, New Jersey 07936

Date: August 17, 2021