Our File No. TAR-259-CM
**ATTORNEY ID - 050371991**
FISHMAN MCINTYRE LEVINE SAMANSKY, P.C.
120 Eagle Rock Avenue
East Hanover, New Jersey 07936
Tel: (973) 560-9000
Attorneys for Defendants, Target Corporation i/p/a Target Paramus #2381 and Target Paramus #2381

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MINGRUI PATERNO<br><br>     Plaintiff,<br><br>-vs-<br><br>TARGET CORPORATION, TARGET PARAMUS #2381, STARBUCKS, VNO BERGEN MALL, LLC, C/O L. OSTAPYSHYN, URBAN EDGE PROPERTIES, JOHN DOE 1-10, ABC CO. 1-10, (fictitiously named) and XYZ CORPORATIONS 1-10 (fictitiously named construction, maintenance, repair, and/or property management corporations)<br><br>     Defendants | CIVIL ACTION NO. 2:21-CV-15458<br><br><br><br><br>**STIPULATION OF DISMISSAL**<br>**WITHOUT PREJUDICE** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that same be and is hereby dismissed in its entirety without costs against any parties, and without Prejudice as to the Defendants, STARBUCKS, VNO BERGEN MALL, LLC, C/O L.OSTAPYSHYN, and URBAN EDGE PROPERTIES, **only.**

**LAW OFFICES OF BRANDON J. BRODERICK**

*Paul F. Romano*

PAUL F. RAMANO, ESQ.
Attorneys for Plaintiff

**REGER RIZZO & DARNALL LLP**
~~SAMANSKY, P.C.~~

RICHARD M. DARNALL, ESQ
Attorneys for Defendants Urban Edge

Properties and UE Bergen Mall Owner, LLC (i/p/a VNO Bergen Mall, LLC)

DATED: 12-8-2021

DATED: 12-9-21

**FISHMAN MCINTYRE LEVINE SAMANSKY, P.C.**

_____
CHRISTOPHER E. MCINTYRE, ESQ.
Attorneys for Defendant, Target Corporation
i/p/a Target Paramus #2381 and Target Paramus #2381

DATED: 12/29/21

SO ORDERED.

_____
Hon. Esther Salas, U.S.D.J.
Dated: January 5, 2022